UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 25-00055-DFM | Date: | April 17, 2025 |
|---|---|---|---|
| Title | Maria Garcia v. AV Tires Center Auto Body And Frame LLC et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Jazmin Dorado for Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) Order to Show Cause

On March 6, 2025, the Clerk entered default judgment against Defendant HMA Thousand Oaks, LLC, pursuant to Federal Rule of Civil Procedure 55(a). See Dkt. 11.

Plaintiff Maria Garcia is ORDERED TO SHOW CAUSE in writing within fourteen (14) days why this action should not be dismissed for lack of prosecution. Filing a motion for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b) will constitute a satisfactory response to this Order. Plaintiff's motion for default judgment must follow the requirements set forth in Federal Rules of Civil Procedure 54(c) and 55, as well as Local Rules 55-1 and 55-2.